# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)    CASE NO.: 4:25-CR-56-7<br>)<br>LATOYA EDWARDS. ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the following dates:

- June 9-13, 2025 – Personal leave,
- July 7-14, 2025 – Personal leave,
- August 4-5, 2025 – Personal leave,
- September 25-26, 2025 – Volunteer work with SVP,
- October 24, 2025 – Personal leave,
- November 6-7, 2025 – CLE ,
- November 24-28, 2025 – Personal leave, and
- December 22-26, 2025 – Personal leave.

Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 28th day of May, 2025.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia