**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO.: 4:25-CR-56-7** |
| **LATOYA EDWARDS.** | ) | |

**ORDER ON MOTION FOR LEAVE OF ABSENCE**

Before the Court, is defense counsel's Motion for Leave of Absence for the following dates:

- June 8-23, 2026 - Personal Leave, International Travel.
- July 27 – 31, 2026 – Jury Trial - *Commonwealth v. Kevin Bowles*, Prince William County, Virginia.
- August 24 – September 11, 2026, Personal Leave.
- October 2 – 4, 2026, Personal Leave.
- October 10th – November 19th, 2026 – Jury Trial *Commonwealth v. Naresh Bhatt*, Prince William County, Virginia (If this time becomes available, I will submit an amended notice to reflect the change.)
- November 23rd – November 27th, 2026 – Personal Leave.
- December 21st – December 25th, 2026 – Personal Leave, and
- June 28th – July 9th, 2027 – Personal Leave, International Travel.

Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 10th day of June, 2026.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia